No. 82–1588.   LEE M. SCARBOROUGH & CO. v. FOX, SPECIAL DEPUTY COMMISSIONER OF INSURANCE OF WISCONSIN FOR THE LIQUIDATION OF ALL-STAR INSURANCE CORP., ET AL.; and
No. 82–1628.   APS INSURANCE AGENCY, INC. v. FOX, SPECIAL DEPUTY COMMISSIONER OF INSURANCE OF WISCONSIN FOR THE LIQUIDATION OF ALL-STAR INSURANCE CORP., ET AL.   Appeals from Sup. Ct. Wis. dismissed for want of substantial federal question.   JUSTICE WHITE and JUSTICE POWELL would note probable jurisdiction and set cases for oral argument.   Reported below: 110 Wis. 2d 72, 327 N. W. 2d 648.

No. 82–6075.   SCHLANG v. HEARD, SHERIFF.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6274.   JONES v. ORLEANS PARISH SCHOOL BOARD. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6496.   COUNSELL v. MUNRO-BURNS GENERAL CONTRACTORS.   Appeal from Int. Ct. App. Haw. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.